[31802] [Notice of Filing Deficiency]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 North Hogan Street Suite 3−350
Jacksonville, Florida 32202
(904)301−6490

November 7, 2011

John J Freeman
LaBella Law
1665 Kingsley Avenue, Suite 108
Orange Park, FL 32073

In re: Herman Roberson Griffis and Beverly A Griffis      Case No. 3:11−bk−07957−PMG
                                                          Chapter 13

    On, October 31, 2011 the debtor(s) filed a voluntary petition under a Chapter 13 of the Bankruptcy Code. The document(s) filed by you are deficient for the reason noted and must be cured within fourteen (14) days or the lesser time specifically noted in the deficiency. Failure to file these documents may result in the case being referred for a judicial determination and may subject the case to an automatic dismissal in accordance with 11 U.S.C. Section 521.

    Amended declaration under penalty of perjury regarding electronic cases must be filed within seven(7) days of the filing of this petition to reflect all documents electronically signed by the debtor(s).

    Amended to include Statement of Financial Affairs.

    These may not be the only deficiencies in your case. Additionally, if you have not already done so, the documents required by 11 U.S.C. Section 521(a) (1) are to be filed within fourteen (14) days of the filing of the petition. Also, 11 U.S.C. Section 521 requires the filing of additional documents within certain time frames following the filing of a petition.

    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3−350
    Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee
Debtor