# United States Bankruptcy Court
## Middle District of Florida

In re: Herman Roberson Griffis, jr
       Beverly A Griffis
                                    Debtor(s)

Case No.: 3:11-bk-07957-PMG
Chapter: 13

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, __Herman Roberson Griffis, Jr and Beverly A Griffis__, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____          _____
Herman Roberson Griffis, Jr                 Beverly A Griffis
Signature of Debtor                         Signature of Joint Debtor
or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | Nov 7, 2011 |
| Exhibit D | Nov 7, 2011 |
| Declaration Concerning Debtors' Schedules A-J | Nov 7, 2011 |
| Form 7: Statement of Financial Affairs | Nov 7, 2011 |
| Notice to Consumer Debtor of Available Chapters | Nov 7, 2011 |
| Verification of Creditor Matrix | Nov 7, 2011 |
| Form 21: Statement of Social Security Number | Nov 7, 2011 |
| Form 22C: Statement of Current Monthly Income/Means Test | Nov 7, 2011 |